UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| ARTHUR R. WRIGHT, JR., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | 1:10-cv-1473-WTL-MJD |
| JOHNSON COUNTY COMMUNITY CORRECTIONS, et al., | ) | |
| Defendants. | ) | |

### Entry Discussing Post-Judgment Motions

This civil rights action brought by Arthur Wright, Jr., was dismissed pursuant to 28 U.S.C. § 1915A(b) because his complaint failed to state a claim upon which relief could be granted. Wright alleged that his federally secured rights were violated through aspects of his treatment while he was a resident at the Johnson County Work Release Center.

In two post-judgment motions, a motion to enlarge and a motion to clarify, Wright offers information to the effect that his present incarceration has impeded his presentation of his claims. However, it was Wright who composed the complaint and determined whether and when it was appropriate for filing. The action was not dismissed only because the complaint failed to state a plausible claim for relief. While a complaint need not contain detailed factual allegations, a plaintiff's allegations must include more than labels and conclusions. *Bell Atlantic Corp. v. Twombly,* 550 U.S. 544, 555 (2007). "A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Ashcroft v. Iqbal,* 129 S. Ct. 1937, 1949 (2009). As to Wright's current focus on his incarceration, those circumstances do not warrant any adjustment in the disposition. The lawsuit he filed was based on his confinement at the Johnson County Work Release Center, not the prison where he is presently confined. As the Supreme Court has held, a state has no affirmative duty to "enable the prisoner to discover grievances, and to litigate effectively once in court." *Lewis v. Casey,* 518 U.S. 343, 354 (1996).

There was no irregularity in the processing of Wright's lawsuit. There was no error in the dismissal of the action as explained in the court's screening of the complaint. There has been no showing of a manifest error of law or fact or newly discovered evidence. *Souter v. International Union,* 993 F.2d 595, 599 (7th Cir. 1993). No matter how Wright's post-judgment motion to clarify and motion to enlarge could be procedurally understood, therefore, those motions must be **denied.**

**IT IS SO ORDERED.**

Date: 01/20/2011

*William T. Lawrence*
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Arthur R. Wright, Jr.
960336
New Castle Correctional Facility
Inmate Mail/Parcels
1000 Van Nuys Road
New Castle, IN 47362

wbarrett@wbwlawyers.com

dlayden@wbwlawyers.com